UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRANS UNION LLC, EQUIFAX INFORMATION SErfVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND GREENTREE SERVICING LLC,**<br><br>Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND DIRECTING PARTIES TO INFORM THE COURT WHETHER THEY WILL CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |

Currently pending before the Court is the Motion of Green Tree Servicing, LLC, to Dismiss (Dkt. No. 11), currently set for hearing on May 28, 2013. The Court, on its own motion, **CONTINUES** the hearing on this motion to **July 23, 2013, at 2:00 p.m.** in Courtroom 5, Federal Courthouse, Oakland.

The parties are advised that this Court is willing to reassign this case to a specific magistrate judge of the parties' choosing for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

The parties are hereby **DIRECTED** to review the profiles of each magistrate judge on the Court's website, and then meet and confer as to whether they can agree on a specific magistrate judge of their choosing. The parties shall advise the Court, no later than **May 28, 2013,** whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For the

parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2