**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., GREEN TREE SERVICING, LLC,** *et al.***,**<br><br>　　　　Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DENYING REQUEST TO APPEAR BY PHONE ON MOTION TO DISMISS** |

　　　The Motion of Plaintiffs Richard A. Papapietro, Jr. and Frances L. Papapietro ("Plaintiffs") to Permit Plaintiffs' Counsel to Appear By Telephone at the Initial Case Management Conference and Motion to Dismiss Hearing is Denied.

　　　The Initial Case Management Conference set for July 22, 2013 is **CONTINUED** to September 16, 2013, at 2:00 p.m.

　　　This terminates Docket No. 36.

　　　**IT IS SO ORDERED**.

**Date: July 12, 2013**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**