**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>Plaintiff,<br><br>v.<br><br>**TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND GREEN TREE SERVICING, LLC,**<br><br>Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING TELEPHONIC APPEARANCE** |

In light of the filing of the Motion to Dismiss First Amended Complaint by Green Tree Servicing, LLC, the case management conference in this matter scheduled for September 16, 2013, is **CONTINUED** to **November 18, 2013**, at 2:00 p.m.

Plaintiffs Richard A. Papapietro, Jr., and Frances L. Papapietro have filed request to appear telephonically at the first case management conference scheduled in this case, as have Defendants Equifax Information Services, LLC, and Experian Information Solutions, Inc. (Dkt. Nos. 48, 52, 53.) All counsel base their requests on the inconvenience of traveling to the Oakland courthouse from Southern California.

The requests to appear by telephone are **DENIED** as moot in light of the continuance of the case management conference. Further, the Court's Standing Order in Civil Cases, paragraph 6, specifically provides that telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel

do not constitute good cause.

If the parties believe this action does not warrant the expense associated with their required presence, they may consider reassignment to a magistrate judge of their choice. Profiles can be found at: http://www.cand.uscourts.gov/judges. Any joint request for reassignment to a magistrate should be filed no later than five (5) days before the scheduled case management conference.

This Order terminates Docket Nos. 48, 52 and 53.

**IT IS SO ORDERED**.

**Date: September 12, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**