# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND GREEN TREE SERVICING, LLC,**<br><br>　　　　Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING RE: DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

In light of the filing of a Joint Notice of Settlement as to Plaintiffs Richard A. Papapietro, Jr. and Frances Papapietro and Defendant Equifax Information Services, LLC (Dkt. No. 57), the Court Sets a compliance hearing to be held on **Friday, November 22, 2013** on the Court's **9:01a.m.** Calendar, in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

**Date: October 24, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**