# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND GREEN TREE SERVICING, LLC,**<br><br>　　　　Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER (1) DENYING MOTION TO DISMISS AS MOOT AND (2) SETTING COMPLIANCE HEARING RE: DISMISSAL** |

　　In light of the filing of a Joint Notice of Settlement as to Plaintiffs Richard A. Papapietro, Jr. and Frances Papapietro and Defendant Green Tree Servicing LLC (Dkt. No. 63), the Motion of Green Tree Servicing, LLC, to Dismiss Amended Complaint (Dkt. No. 51) is **DENIED AS MOOT**.

　　A compliance hearing shall be held on **Friday, November 22, 2013** on the Court's **9:01a.m.** Calendar, in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.

　　Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

　　This Order terminates Docket No. 51.

　　**IT IS SO ORDERED**.

Date: October 24, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**