**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,** *ET. AL.*<br><br>Defendants. | Case No.: **13-CV-770 YGR**<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE CASE MANAGEMENT STATEMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 9, 2013, the parties filed a joint case management statement for the September 16, 2013 Case Management Conference. That case management conference was continued to November 18, 2013. No updated case management statement has been filed since.

The Civil Local Rules provide as follows: "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c) (emphasis added).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to comply with Local Rule 16-10(c). .

A hearing on this Order to Show Cause will be held on **Friday, December 6, 2013,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **November 29, 2013**, the parties must file a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case

management statement.  If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar.  Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for November 18, 2013 is **CONTINUED** to **March 10, 2014, at 2:00 p.m**.

**IT IS SO ORDERED.**
Date: November 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**