United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND GREEN TREE SERVICING, LLC,**<br><br>　　　　Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING RE: SETTLEMENT STATUS; DENYING REQUESTS TO APPEAR BY PHONE AS MOOT** |

In light of the parties' Joint Statements re: Status of Settlement with respect to Defendants Green Tree Servicing, LLC, and Equifax Information Services, LLC, filed November 15, 2013, (Dkt. Nos. 71 and 73), the Court **CONTINUES** the compliance hearing currently set for November 22, 2013, to December 20, 2013, on the Court's **9:01a.m.** Calendar, in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The parties requests to appear by telephone are **DENIED AS MOOT**.

This Order terminates Docket Nos. 74 and 75.

**IT IS SO ORDERED**.

Date: November 19, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**