UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,** *ET. AL.*<br><br>Defendants. | Case No.: 13-CV-770 YGR<br><br>**ORDER VACATING AND RECALLING ORDER TO SHOW CAUSE** |

In light of the parties' Joint Statement re: Failure to File Case Management Statement (Dkt. No. 72), the Order to Show Cause regarding sanctions, currently set for hearing on December 6, 2013, is **VACATED** and **RECALLED**. No sanctions will be imposed. The parties are reminded to file an updated case management statement seven days in advance of the continued case management conference currently set for March 10, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Date: December 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**